UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
at WINCHESTER

UNITED STATES OF AMERICA

v.

ANTHONY GLENN BEAN
ANTHONY DOYLE FRANKLIN BEAN

Indictment No. 4:19-CR-20

Judge Mattice
Magistrate Judge Steger

## INDICTMENT

The Grand Jury charges:

### COUNT 1

**(18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)**

On or about December 30, 2017, in the Eastern District of Tennessee, the defendant, **ANTHONY GLENN BEAN** ("Tony Bean"), while acting under color of law as a Chief Deputy with the Grundy County Sheriff's Office, assaulted arrestee F.M., a person known to the Grand Jury, thereby willfully depriving him of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer. The offense resulted in bodily injury to F.M.; all in violation of Title 18, United States Code, Section 242.

### COUNT 2

**(18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)**

At a time separate and distinct from Count 1, on or about December 30, 2017, in the Eastern District of Tennessee, the defendant, **ANTHONY GLENN BEAN** ("Tony Bean"), while acting under color of law as a Chief Deputy with the Grundy County Sheriff's Office,

assaulted arrestee F.M., a person known to the Grand Jury, thereby willfully depriving him of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer. The offense resulted in bodily injury to F.M.; all in violation of Title 18, United States Code, Section 242.

## COUNT 3

### (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

On or about December 30, 2017, in the Eastern District of Tennessee, the defendant, **ANTHONY DOYLE FRANKLIN BEAN** ("T.J. Bean"), while acting under color of law as a Sergeant with the Grundy County Sheriff's Office, assaulted handcuffed arrestee F.M., a person known to the Grand Jury, thereby willfully depriving him of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer. The offense resulted in bodily injury to F.M.; all in violation of Title 18, United States Code, Section 242.

## COUNT 4

### (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

On or about August 10, 2014, in the Eastern District of Tennessee, the defendant, **ANTHONY GLENN BEAN** ("Tony Bean"), while acting under color of law as Chief of the Tracy City Police Department, assaulted arrestee C.G., a person known to the Grand Jury, thereby willfully depriving him of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer. The offense resulted in bodily injury to C.G.; all in violation of Title 18, United States Code, Section 242.

## COUNT 5

### (18 U.S.C. § 242 – Deprivation of Rights Under Color of Law)

At a time separate and distinct from Count 4, on or about August 10, 2014, in the Eastern District of Tennessee, the defendant, **ANTHONY GLENN BEAN** ("Tony Bean"), while acting under color of law as Chief of the Tracy City Police Department, assaulted arrestee C.G., a person known to the Grand Jury, thereby willfully depriving him of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer. The offense resulted in bodily injury to C.G.; all in violation of Title 18, United States Code, Section 242.

A TRUE BILL

FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: REBEKAH J. BAILEY
KATHRYN E. GILBERT
Trial Attorneys
Civil Rights Division

By: PERRY H. PIPER
Assistant United States Attorney