# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

FILED

JUL 29 2019

~~N. U. S. District Cou~~
~~Eastern District of Tenness~~
~~At Chattanooga~~

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:19-cr- 20-001 |
| | ) | |
| ANTHONY DOYLE FRANKLIN BEAN | ) | HSM/CHS |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Anthony Doyle Franklin Bean                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242

Date:     07/24/2019

_____
*Issuing officer's signature*

City and state:     Chattanooga, TN

JOHN L. MEDEARIS, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  7-25-2019 , and the person was arrested on *(date)*  07-29-2019 |
| at *(city and state)*  CHATTANOOGA, TN . |
| Date:  7-29-2019                                 _____ for SCOTT BARKER FBI |
| *Arresting officer's signature* |
| J.A. SCARBOROUGH  DUSM |
| *Printed name and title* |

10938849

1974-0725-2345-J