UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTHONY GLENN BEAN; and )<br>ANTHONY DOYLE FRANKLIN BEAN ) | Case No. 4:19-cr-20<br><br>Judge Mattice/Steger |

## ORDER

Before the Court is an unopposed motion from Defendant Anthony Doyle Franklin Bean requesting that he be allowed to travel outside the State of Tennessee for employment. [Doc. 16]. In his motion, Defendant Anthony Doyle Franklin Bean stated that his pay as a deputy sheriff has "diminished markedly due to the limitations placed upon his ability to do his job as he is now limited to office work only. . . . As a result, Defendant is having a difficult time financially making ends meet." [*Id.*]. Defendant, however, has the opportunity "to work for an escort/pilot car service that will take him . . . out of the State of Tennessee . . . ." [*Id.*]. Defendant therefore requests that the Court modify his bond conditions to permit him to travel outside the Eastern District of Tennessee. [*Id.*].

The Government does not oppose Defendant's request. Further, Defendant's Probation Officer has advised the Court that Defendant is in compliance with his bond conditions.

The Court did not impose travel restrictions in the Order Setting Conditions of Release [Doc. 10]; however, given the restriction that Defendant "shall notify the probation officer and receive approval prior to changing his residence" [*See* Doc. 10, PageID #: 28], Defendant's counsel is properly seeking the Court's approval before the Defendant engages in out-of-state travel that may take him away from his residence for multiple nights.

For the good cause shown, Defendant's Motion for Court Order for Travel Out of State for Employment [Doc. 16] is **GRANTED**. The provisions in the Order Setting Conditions of Release [Doc. 10] are unaffected by this finding and shall remain in full force and effect. All such provisions remain applicable to Defendant pending further order of the Court.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE