IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| vs. ) | Case No. 4:19-CR-20 |
| ) | |
| ANTHONY GLENN BEAN and ) | |
| ANTHONY DOYLE FRANKLIN BEAN, ) | |
| ) | |
| DEFENDANT ) | |

## MOTION FOR SEVERANCE OF DEFENDANTS

**COMES** Defendant Anthony Doyle Franklin Bean, by and through undersigned counsel and respectfully moves this Honorable Court, pursuant to Federal Rule of Criminal Procedure 14, and his rights to fundamental fairness and to a fair trial embodied in the Fifth and Sixth Amendments to the United States Constitution, for a severance of his trial from that of his Co-Defendant Anthony Glenn Bean.

As grounds for this Motion, Defendant Anthony Doyle Franklin Bean, through counsel, states as follows:

1. Defendant Anthony Doyle Franklin Bean was indicted on July 24, 2019, and charged with Deprivation of Rights Under Color of Law through the use of unreasonable force, in violation of 18 U.S.C. § 242.

2. Defendant Anthony Doyle Franklin Bean was charged in the indictment with Mr. Anthony Glenn Bean, who was charged in Counts 1, 2, & 4 of said indictment.

3. Defendant Anthony Doyle Franklin Bean, through undersigned counsel, may wish to call Defendant Anthony Glenn Bean as a defense witness at the hearing on his cause.

4. Additionally, said Defendants being father and son police officers, fault found in one might by a jury infer fault in the other, following the line of logic that the "fruit doesn't fall far from the tree".

**WHEREFORE**, for all the foregoing reasons, and for any other reasons this Court may deem just and proper, and/or which may appear in supplemental pleadings, which counsel for Defendant Anthony Doyle Franklin Bean explicitly reserves the right to file, Defendant Anthony Doyle Franklin Bean, through counsel, respectfully requests that this Motion be granted and that his trial be severed from that of his Co-Defendant Anthony Glenn Bean.

/s/Russell L. Leonard
Russell L. Leonard, BPR # 014191
*Attorney for Plaintiff*
1016 West Main Street, Suite 3
Monteagle, Tennessee 37356
(931) 924-0447 Phone
(931) 924-1816 Fax
rleonardlegal@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2019, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/Russell L. Leonard
RUSSELL L. LEONARD