- [ ] Initial Appearance
- [ ] Complaint
- [ ] Preliminary Exam
- [x] Motion Hearing
- [ ] Indictment
- [ ] SSI
- [ ] Information
- [ ] Detention Hearing
- [ ] Bond Hearing
- [ ] Petition for Probation/Supervised Release action
- [ ] Arraignment
- [ ] Arraignment on SSI

Case No. **4:19-CR-20**    USA v. **Anthony Doyle Franklin Bean**

**PRESENT:** Honorable **Christopher H. Steger**    [ ] U.S. District Judge OR [x] U.S. Magistrate Judge

**James Brooks/Rebecca Bailey**    **Russell Leonard**
Assistant U.S. Attorney    Attorney for Defendant    Probation Officer
    [ ] Appt.  [ ] Retd  [ ] Ltd. App.

**Kelli Jones**    **Elizabeth Coffey**
Courtroom Deputy    Court Reporter    Interpreter(s)    [ ] SWORN

Digital Recording: Crtrm 1B [ ]    OR Crtrm 4 [ ]

**PROCEEDINGS:** [x] DEFENDANT(S) SWORN    **DATES SET:**

- [ ] Financial affidavit(s) executed
- [ ] Court appointed attorney(s) under CJA
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [x] Defendant(s) specifically advised of rights
- [ ] Deft advised of Rules 20, 5 FRCrP
- [ ] Deft executed waiver of Rule 5, 5.1 hearing
- [ ] Deft waived reading of indictment/information
- [ ] Indictment/Information read
- [ ] Deft pleads not guilty to counts _____
- [ ] Not guilty plea entered by Court on deft's behalf
- [ ] Deft. entered no plea

Detention hearing: _____
Preliminary exam: _____
Revocation hearing: _____
Arraignment: _____
OTHER: _____

Court ordered file [ ] sealed OR [ ] unsealed

**TESTIMONY BY:** _____

**OTHER MATTERS:**

Hearing held on the joint motion for judicial inquiry (c.f. #24).

**BOND**
- [ ] Govt. motion for detention without bond: [ ] granted [ ] denied
- [ ] Court ordered deft released on bond (see order setting conditions of release)

Amount: _____    Type: _____

Defendant ineligible for release on bond: _____

Deft [ ] remanded to custody of U.S. Marshal  [ ] remained in custody  [x] remained on bond  [ ] released on bond

Time: **2:15** to **2:40**    Date: **1/9/20**

rev 3/09