# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:19-cr-20 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| ANTHONY GLENN BEAN and ) | |
| ANTHONY DOYLE FRANKLIN BEAN ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

Before the Court is the parties' joint motion for bench trial and to conduct hearing by video conferencing. (Doc. 50.) The Court will convene a video conference on **June 18, 2020**, at 3:30 p.m. Instructions for the video conference will follow by e-mail.

SO ORDERED.

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**