U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [ ] MOTION HEARING
- [ ] PRETRIAL CONFERENCE
- [x] OTHER

**Case No.** 4:19-cr-20 **USA v.** Anthony Glenn Bean & Anthony Doyle Franklin Bean

**PRESENT:** Honorable Travis R. McDonough [x] U.S. District Judge OR [ ] U.S. Magistrate Judge

| James Brooks, Kathryn Gilbert & Rebekah Bailey | Andrew Davis, Roger Layne & Russell Leonard | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| DeAndra Hinton | Elizabeth Coffey | all parties by video conference |
| Courtroom Deputy | Court Reporter | Interpreter(s) |

**PROCEEDINGS:** [x] DEFENDANT(S) SWORN   [x] DEFENDANT PRESENT

Hearing held on 6/18/2020
Defendant's present with their counsel by video.
Court heard arguments.
Court will issue an order.

**TESTIMONY BY:** _____

**TRIAL SET:** _____

Deft [ ] remanded to custody of U.S. Marshal  [x] remained in custody  [ ] remained on bond

Time: 3:30 to 4:45      Date: 6/18/2020

Time: ____ to ____

Time: ____ to ____

REV 9/13